| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name and Address):* | TELEPHONE NO: | FOR RECORDER'S USE ONLY |
|---|---|---|

**X** Recording requested by and return to:

Michael Cosentino, SBN 83253          **(510) 523-4702**
Law Office of Michael Cosentino
P.O. Box 129
Alameda, CA  94501

**X** ATTORNEY FOR  **X** JUDGMENT CREDITOR  ☐ ASSIGNEE OF RECORD

NAME OF COURT:  U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

MAILING ADDRESS:      **450 Golden Gate Avenue**

CITY AND ZIP CODE:    **San Francisco, CA  94102**

PHONE NUMBER:

PLAINTIFF: **UNITED STATES OF AMERICA**

DEFENDANT: **MARK WAINWRIGHT**

CASE NUMBER:  **08-80097 SI**

## ABSTRACT OF JUDGMENT

1. The **X** judgment creditor ☐ assignee of record
applied for an abstract of judgment and represents the following:

a. Judgment debtor's

Name and last known address

MARK WAINWRIGHT
1090 29TH AVE. #288
OAKLAND, CA  94602

b. Driver's license no. & state: _____  **X** Unknown
c. Social Security no.: **LAST FOUR 1401** _____  ☐ Unknown

d. Summons or notice of entry of sister-state judgment was personally
served or mailed to *(name and address):*
MARK WAINWRIGHT     158 SANTA CLARA AVE., OAKLAND, CA   94610

2. a. **X** I certify that the following is a true and correct abstract of the
judgment entered in this action.

b. ☐ A certified copy of the judgment is attached.
3. Judgment creditor *(name):*

**UNITED STATES OF AMERICA**

whose address appears on this form above the court's name.

4. Judgment debtor *(full name as it appears in judgment):*

**MARK WAINWRIGHT**

5. a. Judgment entered on *(date:)* **AUGUST 26, 1993**
b. Renewal entered on *(date:)*
c. Renewal entered on *(date:)*

6. Total amount of judgment as entered or last renewed:
$ **16,019.20**

7. ☐ An ☐ execution ☐ attachment lien
is endorsed on the judgment as follows:
a Amount $
b. In favor of *(name and address):*

e. ☐ Additional judgment debtors are shown on reverse.

Date: **MAY 8, 2008** _____

Michael Cosentino
..............................................
(TYPE OR PRINT NAME)

(SIGNATURE OF APPLICANT OR ATTORNEY)

8. A stay of enforcement has

a. **X** has not been ordered by the court

b. ☐ been ordered by the court effective until *(date):*

9. ☐ This judgment is an installment judgment.

# RICHARD W. WIEKING

Clerk, by _____ GLORIA ACEVEDO _____, Deputy

Date Issued _____ 5-21-08 _____

ABSTRACT OF JUDGMENT