**EJ-001**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, address, State Bar number, and telephone number):* |
|---|
| Recording requested by and return to: |
| MICHAEL COSENTINO SBN 83253 |
| ATTORNEY AT LAW |
| PO BOX 129 |
| ALAMEDA, CA 94501 |

[X] ATTORNEY FOR  [X] JUDGMENT CREDITOR  [ ] ASSIGNEE OF RECORD

SUPERIOR COURT OF CALIFORNIA, COUNTY OF US DISTRICT CT
STREET ADDRESS: 450 GOLDEN GATE AVENUE
MAILING ADDRESS: 16TH FLOOR
CITY AND ZIP CODE: SAN FRANCISCO, CA 94102
BRANCH NAME: NORTHERN DISTRICT OF CALIFORNIA

*FOR RECORDER'S USE ONLY*

PLAINTIFF: UNITED STATES OF AMERICA
DEFENDANT: MARK WAINWRIGHT

CASE NUMBER: CV 08 80097MISC SI

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**  [ ] Amended

*FOR COURT USE ONLY*

1. The [X] judgment creditor [ ] assignee of record applies for an abstract of judgment and represents the following:
   a. Judgment debtor's
      Name and last known address
      
      MARK WAINWRIGHT
      1090 29TH AVE. #288
      OAKLAND, CA 94602

   b. Driver's license No. and state:  [X] Unknown
   c. Social security No.: XXX-XX-1401  [ ] Unknown
   d. Summons or notice of entry of sister-state judgment was personally served or mailed to *(name and address)*: MARK WAINWRIGHT 158 SANTA CLARA AVE., OAKLAND, CA 94610

2. [ ] Information on additional judgment debtors is shown on page 2.
3. Judgment creditor *(name and address)*:
   UNITED STATES OF AMERICA C/O MICHAEL COSENTINO, PO BOX 129, ALAMEDA, CA 94501
4. [ ] Information on additional judgment creditors is shown on page 2.
5. [ ] Original abstract recorded in this county:
   a. Date:
   b. Instrument No.:

Date: AUGUST 12, 2008
MICHAEL COSENTINO
(TYPE OR PRINT NAME)                (SIGNATURE OF APPLICANT OR ATTORNEY)

6. Total amount of judgment as entered or last renewed: $ 16,019.20
7. All judgment creditors and debtors are listed on this abstract.
8. a. Judgment entered on *(date)*: AUGUST 26, 1993
   b. Renewal entered on *(date)*:
9. [ ] This judgment is an installment judgment.

10. [ ] An [ ] execution lien [ ] attachment lien is endorsed on the judgment as follows:
    a. Amount: $ 0.00
    b. In favor of *(name and address)*:

11. A stay of enforcement has
    a. [X] not been ordered by the court.
    b. [ ] been ordered by the court effective until *(date)*:

12. a. [X] I certify that this is a true and correct abstract of the judgment entered in this action.
    b. [ ] A certified copy of the judgment is attached.

[SEAL]

This abstract issued on *(date)*: 8-21-08

Clerk, by _____, Deputy
GLORIA ACEVEDO



Form Adopted for Mandatory Use
Judicial Council of California
EJ-001 [Rev. January 1, 2006]

**ABSTRACT OF JUDGMENT—CIVIL AND SMALL CLAIMS**

Legal Solutions Plus

Page 1 of 2
Code of Civil Procedure, §§ 488.480, 674, 700.190